UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Louis R. Chatel, Jr.</u>

    v.                              Civil No. 10-cv-576-JD

<u>James Carney, et al.</u>

<u>O R D E R</u>

Attorney Michelle M. Arruda recently joined the law firm of Devine Millimet & Branch, P.A.  She is a co-trustee of, and will continue to perform legal services for, several of my wife's family trusts.  Therefore, the Clerk shall assign this case to another judge.

SO ORDERED.

                                              /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

September 28, 2011

cc:  Mark T. Broth, Esquire
     George T. Campbell, III, Esquire